**UNITED STATES of America,
Plaintiff-Appellee**

v.

**William Harris JONES, Defendant-
Appellant**

No. 16-50876
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Filed January 30, 2017

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff-Appellee

William Harris Jones, Pro Se

Before CLEMENT, PRADO, and HIGGINSON, Circuit Judges.

PER CURIAM: *

William Harris Jones, federal prisoner # 28772-298, who was convicted of attempted coercion and enticement of a minor to engage in sexual activity, moves for leave to proceed in forma pauperis (IFP) on appeal. He seeks to appeal from the district court's denial of his motion "to reverse 'void' federal judgment to correct a 'manifest injustice,' " which the district court construed as a petition for a writ of coram nobis.

Jones remains in custody. Accordingly, the district court correctly determined that the writ of coram nobis is not available to

him. *See United States v. Hatten,* 167 F.3d 884, 887 n.6 (5th Cir. 1999).

Because the appeal lacks arguable merit and is therefore frivolous, Jones's motion for leave to proceed IFP on appeal is DENIED, and his appeal is DISMISSED as frivolous. *See Baugh v. Taylor,* 117 F.3d 197, 202 n.24 (5th Cir. 1997); *Howard v. King,* 707 F.2d 215, 220 (5th Cir. 1983); 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.